BENJAMIN B. WAGNER
United States Attorney
ELANA LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**
DEC 23 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-cr-00449-AWI |
| ) | |
| Plaintiff, ) | ORDER STAYING MAGISTRATE'S |
| ) | RELEASE ORDER AND SETTING HEARING |
| ) | ON GOVERNMENT'S MOTION TO REVOKE |
| v. ) | ORDER OF RELEASE |
| ) | |
| ENRIQUE ZARATE, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the United States Government to revoke the magistrates order of release, and application for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the government file its brief in support of its motion to revoke the defendant's conditions of release on or before December 30, 2011 and that hearing on such motion be set for Jan 3 , 2012 at 9 a.m.

Dated: December 23, 2011

_____
Honorable Anthony W. Ishii

1