IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-00449 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON MOTION |
| vs. | ) | FOR SUBSTITUTION OF |
| | ) | ATTORNEY |
| DESIDORIO SANCHEZ-SOLORZANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

AFTER REVIEW OF THE MOTION OF ARTURO HERNANDEZ-M., AND FOR GOOD CAUSE SHOWN, TO SUBSTITUTE AS COUNSEL FOR DEFENDANT DESIDORIO SANCHEZ-SOLORZANO, SAID MOTION IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated: ___January 4, 2012___  _____
CHIEF UNITED STATES DISTRICT JUDGE

1