1  ARTURO HERNANDEZ-M, Attorney at Law
   15 South 34th St.
2  San Jose, California  95116
   Phone  (408) 729-5785
3  Fax      (408) 729-0167
   California Bar No. 108980
4  Email: artlawoff@aol.com

5  Attorney for Defendant Desidorio Sanchez Solorzano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| THE UNITED STATES OF AMERICA, | Case No. 1:11-cr-00449-AWI |
|---|---|
| Plaintiff, | |
| vs. | ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 2, 2012, TO APRIL 4, 2012, FROM THE SPEEDY TRIAL ACT CALCULATOIN (18 U.S.C. § 3161(h)(7)(A) |
| DESIDORIO SANCHEZ SOLORZANO, JOSE ANTONIO SANCHEZ REYES and ELIODORO CERRATO MARTINEZ, | |
| Defendants. | |

On February 13, 2012, the parties appeared before the Court for a status conference. At the status conference, defense counsel requested additional time to review discovery in the case. The Court set the matter for a status conference on April 9, 2012.

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 from February 13, 2012, through April 9, 2012.

The parties agree, and the Court finds and holds, as follows:

1. The defendants agree to an exclusion of time under the Speedy Trial Act from February 13, 2012, through April 9, 2012, based upon the need for effective preparation of counsel to provide the defendants an opportunity to continue discovery

1

review. The defendants agree to this exclusion on the condition that their right to bring motions claiming Speedy Trial violations prior to February 13, 2012, shall remain preserved.

2. Counsel for defense believe that the exclusion of time is in their respective clients' best interest.

3. Given these circumstances, the Court finds that the ends f justice served by excluding the period from February 13, 2012, through April 9, 2012, outweigh the best interest of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of he defendants, the Court orders that the period from February 13, 2012, through April 9, 2012, shall be excluded from Speedy Trial Act calculations § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED: March 6, 2012

/s/
ARTURO HERNANDEZ-M.
Attorney for Defendant
Desidorio Sanchez Solorzano

DATED: March 6, 2012

/s/
CURTIS V. RODRIGUEZ
Attorney for Defendant
Jose Antonio Sanchez Reyes

DATED: March 6, 2012

/s/
MILTON F. GONZALEZ
Attorney for Defendant

DATED: 6, 2012

/s/
KATHLEEN ANNE SERVATIUS
Assistant United States Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:  March 14, 2012                                  _____
CHIEF UNITED STATES DISTRICT JUDGE