1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )  1:11-CR-449 AWI DLB
                                          )
12              Plaintiff,                 )  STIPULATION AND ORDER TO CONTINUE
                                          )  STATUS CONFERENCE AND EXCLUDING
13                                         )  TIME FROM MAY 14, 2012, TO JUNE 11,
           v.                             )  2012, FROM THE SPEEDY TRIAL ACT
14                                         )  CALCULATION
   DESIDORO SANCHEZ SOLORZANO, et.        )  [18 U.S.C. § 3161(h)(7)(B)(iv)]
15 al.,                                    )
                                          )
16              Defendants.               )
                                          )
17 ──────────────────────────────────     )

18        The United States of America, by and through Benjamin B. Wagner, United States Attorney,

19 and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through

20 their attorneys, hereby stipulate and agree that the status conference in this case, previously

21 scheduled for May 14, 2012 at 1:00 p.m., be continued until June 11, 2012, at 1:00 p.m. before the

22 Honorable Dennis L. Beck and good cause appearing therefore.

23        The reason for this request is the parties' need for further investigation, discovery, and plea

24 negotiations. The parties have agreed that the requested date represents the earliest date that all

25 counsel are available, taking into account their schedules and commitments to other clients, and the

26 need for preparation in the case and further investigation, and that time shall be excluded to and

27 through the date of the status conference in that failure to grant the requested continuance would

28 unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants

                                              1

and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case and that, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(B)(iv) .


DATED:   May 10, 2012                          BENJAMIN B. WAGNER
                                               United States Attorney

                                               By /s/ Kathleen A. Servatius
                                               KATHLEEN A. SERVATIUS
                                               Assistant U.S. Attorney

DATED: May 10, 2012                            /s/ Arturo Hernandez
                                               Attorney for Desidoro Sanchez Solorzano

DATED: May 10, 2012                            /s/ Jeffrey Tyson Hammerschmidt
                                               Attorney for Enrique Zarate

DATED: May 10, 2012                            /s/ Marc Nicholas Kapetan
                                               Attorney for Omar Hernandez

DATED: May 10, 2012                            /s/ Milton F. Gonzalez
                                               Attorney for Eliodoro Cerrato Martinez

DATED: May 10, 2012                            /s/ Curtis Victor Rodriguez
                                               Attorney for Jose Antonio Sanchez Reyes

DATED: May 10, 2012                            /s/ Marina Gonzales
                                               Attorney for Carlos Giovanni Baez Rosa

        For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2011 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

        IT IS SO ORDERED.

        Dated:   **May 10, 2012**                          **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

2