BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00449 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CHANGE |
| ) | STATUS CONFERENCE HEARING TO A |
| ) | CHANGE OF PLEA |
| v. ) | |
| ) | |
| CARLOS GIOVANNI BAEZ ROSA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and agree that the status conference in this case, previously scheduled for June 11, 2012, at 1:00 p.m., be changed to a Change of Plea hearing to take place on June 11, 2012, at 10:00 a.m. before the Honorable Anthony W. Ishii.

DATED: June 7, 2012                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    By /s/ Kathleen A. Servatius

                                                    KATHLEEN A. SERVATIUS
                                                    Assistant U.S. Attorney

DATED: June 7, 2012                    /s/ Marina Gonzales
                                                    MARINA GONZALES
                                                    Attorney for Carlos Giovanni Baez Rosa

**ORDER**

IT IS SO ORDERED.

Dated: June 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE